**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**LUIS ALBERTO PASCO BARRIOS,**

**Petitioner,**

**v.**

**ACTING FIELD OFFICE DIRECTOR OF NEW JERSEY IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,**

**Respondents.**

**Civil Action No. 26-11651 (SDW)**

**OPINION**

**IT APPEARING THAT:**

1. Presently before this Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") by Petitioner Luis Alberto Pasco Barrios, formerly detained by Immigration and Customs Enforcement ("ICE") in the Elizabeth Detention Facility, New Jersey. (ECF No. 1).

2. Petitioner alleged that he was being improperly detained pursuant to 8 U.S.C. § 1225(b). (ECF No. 1 at 1-2).

3. Respondents filed a letter informing this Court that Petitioner had been detained pursuant to 8 U.S.C. § 1226(a) but was released on bond on September 19, 2026. (ECF No. 4 at 1; ECF No. 4-2).

4. Under Article III of the Constitution, federal courts will only have jurisdiction over a matter where there is a live case or controversy to be resolved. *See, e.g., Spencer v. Kemna*, 523 U.S. 1, 7 (1998). "This case-or-controversy requirement subsists through all stages of federal judicial proceedings [and for jurisdiction to exist the] parties must continue to have a 'personal stake in the outcome of the lawsuit.'" *Id.* (quoting *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477–78 (1990)).

5. Petitioner's release makes his challenge to his detention moot as there is no further relief this Court can grant pursuant to § 2241. *See Lindaastuty v. Att'y Gen. of U.S.*, 186 F. App'x 294, 298 (3d Cir. 2006).

6. Therefore, this Court will dismiss the Petition.

7. An appropriate order follows.

Hon. Susan D. Wigenton,
United States District Judge
Dated: September 25, 2026